UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
Eva Seria,

                       Plaintiff,                   11 CV 7594 (GBD)

    - against -                      **STATEMENT OF DAMAGES**

Commonwealth Financial Systems, Inc.,

                      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Principal amount sued for ............................................................................... $ 2,000.00

Cost and Disbursements:

Attorneys' Fees .................................................................................................. $ 5,705.00

Clerk's fee ......................................................................................................... $   350.00

Process Server fee for service .......................................................................... $    39.00

Statutory Damages ............................................................................................ $ 1,000.00


Total (as of May 3, 2012) ................................................................................. $ 9,094.00


## AFFIX AS EXHIBITS - COPY OF:

      1. SUMMONS
      2. COMPLAINT
      3. PROOF OF SERVICE